FILED
2009 Jul-29 PM 03:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, | ] |
| Plaintiff, | ] |
| vs. | ] 6:08-CV-02114-LSC |
| NEIGHBORHOOD AUTO MART, LLC, et al., | ] |
| Defendants. | ] |

MEMORANDUM OF OPINION

The Court has for consideration Plaintiff's motion for summary judgment, which was filed on March 13, 2009. (Doc. 15.) In a telephone conference with this Court on April 17, 2009, counsel for defendants Jimmy Blackwood, Adam Blackwood, Lisa Roberts, and Stephanie Dill indicated that he could not, based on his obligations under the law, make a good faith opposition to Plaintiff's motion. Upon full review of Plaintiff's motion and accompanying evidence, the Court finds that the motion is due to be granted in all respects with regard to these defendants. A separate order will be entered.

Done this <u>29th</u> day of <u>July 2009</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297